**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, <br><br> Plaintiff, <br><br> vs. <br><br> East Valley Diagnostic Imaging, LLC, <br><br> Defendant. | No. CV 06-1396-PHX-SMM <br><br> **ORDER** |

Pending before the Court is the parties' Joint Motion to Continue their Rule 16 Preliminary Pretrial Conference (dkt. 12). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion to Continue their Rule 16 Preliminary Pretrial Conference. (Dkt. 12.)

**IT IS FURTHER ORDERED VACATING** the parties' Rule 16 Preliminary Pretrial Conference set to take place on December 7, 2006 at 4:00 p.m.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 16, a Preliminary Pretrial Conference is set for December 13, 2006 at 9:30 a.m. before the Honorable Stephen M. McNamee in Courtroom #605, sixth floor, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, AZ.

///

///

1    **IT IS FURTHER ORDERED** that, with the exception of the date and time change
2  approved above, the parties shall comply with all other requirements set forth in the Order
3  Setting Rule 16 Preliminary Pretrial Conference issued by the Court on August 28, 2006.
4  <u>See</u> Dkt. 8.

5    DATED this 2nd day of October, 2006.

_____
Stephen M. McNamee
United States District Judge

- 2 -