**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | No. CV 06-1396-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| East Valley Diagnostic Imaging, LLC, | |
| Defendant. | |

Pending before the Court is the parties' Joint Motion to Continue the Rule 16 Preliminary Pretrial Conference (dkt. 15), on the grounds that they will be attending a private mediation regarding the instant case on January 18, 2007.  Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion to Continue the Rule 16 Preliminary Pretrial Conference.  (Dkt. 15.)

**IT IS FURTHER ORDERED VACATING** the parties' Rule 16 Preliminary Pretrial Conference set to take place on December 13, 2006 at 9:30 p.m.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 16, a Preliminary Pretrial Conference is set for February 21, 2007 at 4:00p.m. before the Honorable Stephen M. McNamee in Courtroom #605, sixth floor, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, AZ.

/ / /

1   **IT IS FURTHER ORDERED** that, with the exception of the date and time change
2  approved above, the parties shall comply with all other requirements set forth in the Order
3  Setting Rule 16 Preliminary Pretrial Conference issued by the Court on August 28, 2006.
4  See Dkt. 8.  Both parties shall take note that this requires the joint filing of a Proposed Case
5  Management Plan no later than February 14, 2007.  See Dkt. 8 at page 5, lines 12-15.
6   DATED this 27th day of November, 2006.

Stephen M. McNamee
United States District Judge

- 2 -