**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>  Plaintiff,<br><br>vs.<br><br>East Valley Diagnostic Imaging, LLC,<br><br>  Defendant. | No. CV 06-1396-PHX-SMM<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Continue the Rule 16 Preliminary Pretrial Conference scheduled to take place on February 21, 2007(dkt. 17). Defendant represents that the parties "expect to submit a Consent Decree to this Court within 30 days to resolve and conclude this case." (Dkt. 17.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Continue the Rule 16 Preliminary Pretrial Conference scheduled to take place on February 21, 2007. (Dkt. 17.)

**IT IS FURTHER ORDERED VACATING** the parties' Rule 16 Preliminary Pretrial Conference set to take place on February, 21, 2007 at 4:00 p.m.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 16, a Preliminary Pretrial Conference is set for April 9, 2007 at 10:00a.m. before the Honorable Stephen M. McNamee in Courtroom #605, sixth floor, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington Street, Phoenix, AZ.

1       **IT IS FURTHER ORDERED** that, with the exception of the date and time change
2 approved above, the parties shall comply with all other requirements set forth in the Order
3 Setting Rule 16 Preliminary Pretrial Conference issued by the Court on August 28, 2006.
4 See Dkt. 8.  Both parties shall take note that this requires the joint filing of a Proposed Case
5 Management Plan no later than April 2, 2007.  See Dkt. 8 at page 5, lines 12-15.

6       DATED this 20th day of February, 2007.

                                            Stephen M. McNamee
                                            United States District Judge