**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | No. CV 06-1396-PHX-SMM |
| Plaintiff, | **ORDER** |
| and | |
| Elgirtha Worthy, | |
| Intervenor, | |
| vs. | |
| East Valley Diagnostic Imaging, LLC, | |
| Defendant. | |

Pending before the Court is Elgirtha Worthy's ("Worthy") Motion to Intervene as a Plaintiff. (Dkt. 9.) Worthy argues that, as the charging party in this matter, she "has a statutory right to intervene in this Action, pursuant to Rule 24(a)(1)." (Dkt. 9 at 3.) Federal Rule of Civil Procedure 24(a) provides that, upon timely application anyone shall be permitted to intervene in an action "when a statute of the United States confers an unconditional right to intervene." Fed.R.Civ.P. 24(a). Defendant East Valley Diagnostic Imaging, LLC ("Defendant") does not contest Worthy's right to intervene in this suit pursuant to 42 U.S.C. § 2000e-5(f)(1). (Dkt. 14 at 1.)

1     As the charging party in this case (see dkt.6), the Court agrees that Worthy has a right
2 to intervene in this action pursuant to Rule 24(a) and 42 U.S.C. § 5000e-5(f)(1).  The
3 statutory language of Title VII, 42 U.S.C. § 2000e-5(f)(1), grants the charging employee an
4 unconditional right to intervene in cases brought by the EEOC so long as the application is
5 timely.  The EEOC's amended complaint in this matter was filed on July 26, 2006. (Dkt. 6.)
6 Worthy's Motion to Intervene was filed a mere two months later.  The Court concludes that
7 the motion is timely.   Accordingly,

8     **IT IS HEREBY ORDERED GRANTING** Elgirtha Worthy's Motion to Intervene
9 as a Plaintiff.   (Dkt. 9.)

10     **IT IS FURTHER ORDERED** that the Clerk of Court shall file the Complaint
11 attached to Worthy's Motion to Intervene (see dkt. 9) as the Complaint in Intervention.

12     **IT IS FURTHER ORDERED** that Defendant East Valley Diagnostic Imaging, LLC
13 shall timely file an answer to the Complaint in Intervention.

14     DATED this 28th day of February, 2007.

_____
Stephen M. McNamee
United States District Judge