**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>            Plaintiff,<br><br>and<br><br>Elgirtha Worthy,<br><br>            Intervenor,<br><br>vs.<br><br>East Valley Diagnostic Imaging, LLC,<br><br>            Defendant. | No. CV 06-1396-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Joint Motion for Entry of Consent Decree. (Dkt. 21.) As detailed in the Consent Decree, in the interest of resolving the instant case and as a result of having engaged in comprehensive settlement negotiations, all three parties have agreed that this action shall be resolved by entry of the Consent Decree. See Consent Decree at 2:6-10. The parties have further agreed that this action may be terminated upon the entry of the Consent Decree. See id. at 8, ¶¶22-23. Based on the Court's file and the parties' representations detailed in the Consent Decree, and for good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion for Entry of Consent Decree. (Dkt. 21.)

**IT IS FURTHER ORDERED VACATING** the Preliminary Pretrial Conference scheduled for April 9, 2007 at 10:00 a.m. and all other deadlines in this case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file the Consent Decree attached to the parties' Joint Motion for Entry of Consent Decree.  See Dkt. 21.

**IT IS FURTHER ORDERED** that the Consent Decree is **APPROVED**, and shall become effective upon entry of this Order.

**IT IS FURTHER ORDERED** that the Complaint of the Equal Employment Opportunity Commission, see dkt. 1, and the Complaint of Elgirtha Worthy, see dkt. 20, are **DISMISSED WITH PREJUDICE**, except that the Court shall retain continuing jurisdiction limited to enforcement of the Consent Decree for a period of two (2) years from the entry of this Order.  See Consent Decree at 8, ¶22.

DATED this 13th day of March, 2007.

_____
Stephen M. McNamee
United States District Judge